**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCIS ASSIFUAH, | Case No.: 2:20-cv-00775-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 4) |
| REUVEN L. COHEN, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiff's motion requesting that the Court mail him the Court's approved *in forma pauperis* application and the accompanying forms. Docket No. 4. The Court previously instructed the Clerk of Court "to send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application." Docket No. 3 at 2. Plaintiff appears, however, not to have received those documents.

Accordingly, the Court **GRANTS** Plaintiff's motion. Docket No. 4. The Court INSTRUCTS the Clerk of Court to send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: May 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge